IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kolbusz, Kenneth J

Printed: 11/13/07

Case Number: 07 B 03603
Judge: Hollis, Pamela S
Filed: 3/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,225.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 3,225.00 |
| Totals: | 3,225.00 | 3,225.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank Of America | Secured | 0.00 | 0.00 |
| 2. | Bank Of America | Secured | 19,066.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 8,641.57 | 0.00 |
| 5. | American United Bank | Unsecured | 2,882.01 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 2,247.49 | 0.00 |
| 7. | Nissan Motor Acceptance Corporation | Unsecured | 2,560.92 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 10,426.31 | 0.00 |
| 9. | B-Real LLC | Unsecured | 5,532.44 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 4,968.89 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 2,563.02 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 58,888.65 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kolbusz, Kenneth J | Case Number:  07 B 03603 |
| | Judge:  Hollis, Pamela S |
| Printed:  11/13/07 | Filed:  3/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _Denise Ashley_____